THE STATE OF NEBRASKA, EX REL. JOHN O. JOHNSON, v. R. L. CORNWELL, CITY CLERK OF CRETE.

Intoxicating Liquors: LICENSE FEE: PAYMENT. The relator paid the necessary fee for a license to sell intoxicating liquors in the city of Crete, and a formal one was issued. Through the omission of the corporate authorities to take certain steps required by the general license law, the license was void. Subsequently the required steps were taken, whereupon the relator applied for a license on the credit of his former payment, and for the unexpired term for which he paid, so far as it would go. *Held,* That he was entitled to it.

ORIGINAL application for mandamus.

*W. H. Morris,* for relator.

LAKE, CH. J.

It appears that the relator paid his money into the city treasury, in good faith, for the purpose of procuring a license to sell spirituous liquors. A formal license was issued to him which, for the reason that certain requirements of the recently enacted general license law had not been complied with by the corporate authorities, was absolutely void. Those requirements have since been observed by the authorities, so that licenses may now be issued; and the question presented is, whether the relator is entitled to receive one for the unexpired term for which he paid, on the credit of his former payment, so far as it will go, the money not having been returned to him. We, think that he is; and a writ of mandamus is therefore awarded, as prayed, requiring one to be issued accordingly.

WRIT AWARDED.